UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. BORRETT, | No. 2:15-cv-0881 GEB DAD PS |
| Plaintiff, | |
| v. | ORDER |
| HORIZON CHARTER SCHOOLS, | |
| Defendant. | |

Plaintiff Norma Borrett is proceeding pro se in the above entitled action. The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.

On August 7, 2015, the matter came before the undersigned for hearing of defendant's motion to dismiss. Plaintiff Norma Borrett appeared on her own behalf. Attorney Daniel Jay appeared on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (Dkt. No. 11) is granted;

2. Plaintiff is granted leave to file an amended complaint;

3. The amended complaint filed July 28, 2015 (Dkt. No. 13) is deemed the operative pleading in this action; and

1

4. Defendant shall file a response to the amended complaint within twenty days of the date of this order.

Dated:  August 7, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\borrett0881.oah.080715.docx

2