UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. BORRETT, | No. 2:15-cv-0881 GEB CKD PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| HORIZON CHARTER SCHOOLS, | |
| Defendant. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 25, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

    1. The findings and recommendations filed November 25, 2015 (Dkt. No. 23) are adopted in full;

1

2. Defendant's August 28, 2015 motion to dismiss (Dkt. No. 17) is granted;

3. The amended complaint's causes of action for violation of 42 U.S.C. § 1983 and California state law are dismissed; and

4. Defendant is directed to file an answer to the amended complaint's Title VII and Equal Pay Act claims within 14 days of the date of this order.

Dated: January 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

/borrett0881.jo