UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. BORRETT, | No. 2:15-cv-0881 GEB CKD PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| HORIZON CHARTER SCHOOLS, | |
| Defendant. | |

Plaintiff Norma Borrett is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On January 28, 2016, defendant filed an answer.[1]

Accordingly, pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, **IT IS ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for **Wednesday, May 4, 2016, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 24, before the undersigned.

////

---

[1] On February 12, 2016, the court received a letter from plaintiff asking that the court wait to schedule this action to allow time for the parties to explore settlement. The court assumes the parties have had sufficient time but if additional time is required the parties may request that the court continue the May 4, 2016 status conference.

1

2. All parties are required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf.

3. Plaintiff shall file and serve status reports on or before **April 20, 2016**, and defendant shall file and serve a status report on or before **April 27, 2016**. Each party's status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Possible amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l. Any other matters that may aid in the just and expeditious disposition of this action.

/////

/////

/////

   4. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

Dated: March 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\borrett0881.stat.conf