UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. BORRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>HORIZON CHARTER SCHOOLS,<br><br>    Defendant. | No.  2:15-cv-0881 DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action.  The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 36.)  On August 9, 2016, the parties filed a stipulation for dismissal of this action with prejudice, signed by all parties.  (Dkt. No. 42.)  Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  August 12, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

DLB:6
Ddb1\orders.consent\borrett0881.stip.dism.ord