UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA A. BORRETT, | No.  2:15-cv-0881 DB PS |
| Plaintiff, | |
| v. | ORDER |
| HORIZON CHARTER SCHOOLS, | |
| Defendant. | |

Plaintiff is proceeding pro se with the above-entitled action.  The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (ECF No. 36.)  On August 9, 2016, the parties filed a stipulation for dismissal of this action with prejudice, signed by all parties.  (ECF. No. 42.)  Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action was dismissed with prejudice on August 15, 2016.  (ECF No. 43.)

On March 6, 2024, plaintiff filed a letter.  (ECF No. 44.)  The letter states that plaintiff "found an online publication from Casetext.com purporting to present a legal opinion" in this action.  (Id. at 1.)  Plaintiff asserts that the "account is inaccurate, misleading and . . . constitutes a breach of the Settlement Agreement[.]"  (Id.)  Plaintiff asks "to be advised as to any recourse . . . in this matter."  (Id.)  Plaintiff is advised that the court has no affiliation with, or control over,

////

1  Casetext.com.  Therefore, the court cannot provide plaintiff any guidance with respect to this
2  issue.
3  **IT IS SO ORDERED.**
4  Dated:  April 23, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

23  DLB:6
   Ddb1\orders.consent\borrett0881.correct.record.ord

2